

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

BRIAN FRANCOLLA
*Senior Counsel*
Tel.: (212) 356-3527
Fax: (212) 788-9776

October 29, 2013

**BY ECF**
Honorable Marilyn D. Go
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Victor Camara, et al., v. The City of New York, et al.</u>, 12 CV 1587 (JBW) (MDG)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to handle the defense of the above-referenced matter. In that capacity, I write jointly with plaintiffs' counsel, Paul Prestia, Esq., to advise the Court that this matter has settled. As such, the telephone conference scheduled for October 31, 2013, at 1:15 p.m. is no longer necessary. The executed Stipulation and Order of Dismissal will be submitted to the Court shortly.

Thank you for your consideration.

Respectfully submitted,

Brian Francolla
Senior Counsel
Special Federal Litigation Division

cc: Paul Prestia, Esq. (by ECF)
Attorney for Plaintiffs
Law Office of Paul V. Prestia
65 Broadway, Suite 716
New York, New York 10006