UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

VICTOR CAMARA, ROBERTA PEREZ, ANDREW PABON,

                                  Plaintiffs,

-against-

THE CITY OF NEW YORK, POLICE OFFICER EVENS PIERRELOUIS, POLICE OFFICER GUY LUISJEAN and POLICE OFFICERS JOHN DOES # 1 - #5 and POLICE OFFICER JANE DOE #1, the names being fictitious and presently unknown, in their individual and official capacities as employees of the City of New York Police Department,

                                  Defendants.
------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

12-CV-1587 (JBW) (MDG)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Law Office of Paul V. Prestia
*Attorney for Plaintiffs*
65 Broadway, Suite 716
New York, New York 10006

By: _____
Paul Prestia
*Attorney for Plaintiffs*

Dated: Brooklyn, New York
_____, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
 City of New York
*Attorney for Defendants City, Pierre-Louis and Louis-Jean*
100 Church Street, Rm. 3-142
New York, New York 10007

By: _____
Brian Francolla
*Senior Counsel*

SO ORDERED:

_____
HON. JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE